IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JUAN A. PAYAMPS,<br><br>      Plaintiff,<br><br>v.<br><br>HUAN LE,<br><br>      Defendant. | Civil No. 12-7021 (NLH/AMD) |

### ORDER

Presently before the Court is the motion of Defendant, Huan Le, to dismiss pro se Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 37(d). (See Motion to Dismiss [Doc. No. 21]); and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the Court having considered the papers submitted by the parties; and for good cause shown;

IT IS on this 4th day of December 2013 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint shall be, and is hereby, **DISMISSED WITH PREJUDICE**.

_____
NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE